UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 MAR -3  A 10:06

DEPUTY CLERK

ALFRED BELL (#179820)

VERSUS

DEPT. OF PAROLE AND PROBATION, ET AL

CIVIL ACTION

NO. 07-911-JVP-DLD

## RULING

The court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby (doc. 4), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claim against the Louisiana Board of Parole and the Louisiana Department of Corrections is dismissed as barred by the Eleventh Amendment, and as legally frivolous, with prejudice to its being asserted until the conditions set forth in Heck v. Humphrey, are met.

Baton Rouge, Louisiana, MARCH 3, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA